# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 18-3067

September Term, 2020

1:10-cr-00310-RCL-4

**Filed On:** April 5, 2021

United States of America,

        Appellee

        v.

Eric Scurry, also known as E,

        Appellant

**BEFORE:**     Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

On March 31, 2021, attorney Mary Davis filed a motion for leave to intervene and lodged a motion to correct factual inaccuracies in the opinion. In light of this court's order filed April 5, 2021, denying the motion of attorney Mary Davis for leave to intervene, it is

**ORDERED** that the lodged motion to correct factual inaccuracies in the opinion not be accepted for filing. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED**, on the court's own motion, that the February 19, 2021 opinion be amended as follows:

On page 4, line 3 of the slip opinion: Delete the comma after the word "days" and insert "(in particular, for jury selection)" after the closing quotation mark;

On page 14, first full ¶, line 18 of the slip opinion: Delete the word "the" before the word "evidence," and insert in lieu thereof the word "important"; and

On page 14, first full ¶ , line 18 of the slip opinion: Insert *"See* Oral Arg. Tr. 26:8–21." at the end of the sentence ending in "case."

The Clerk is directed to issue the amended opinion.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:     /s/
                Michael C. McGrail
                Deputy Clerk